United States Appendix A
Southern District of Texas
FILED
JAN 2 4 2025
Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
_____ DIVISION

| | |
|---|---|
| Francisco Estrella (deceased) c/o Mary G Munoz (wife) versus | § § § § |
| Academy Sports & Outdoors 1800 N. Mason Road Katy, Texas 77449 | § § § § |

CIVIL ACTION NO. _____

## EMPLOYMENT DISCRIMINATION COMPLAINT

1. This action is brought under Title VII of the Civil Rights Act of 1964 for employment discrimination. Jurisdiction is conferred by Title 42 United States Code, Section § 2000e-5.

2. The Plaintiff is: Francisco Estrella (deceased) c/o wife Mary G Munoz

   Address: 5202 Katy Hockley Road

   Katy, Texas 77493

   County of Residence: Harris

3. The defendant is: Academy Sports & Outdoors

   Address: 1800 N. Mason Road

   Katy, Texas 77449

☐ Check here if there are additional defendants. List them on a separate sheet of paper with their complete addresses.

4. The plaintiff has attached to this complaint a copy of the charges filed on 5/18/2023 with the Equal Opportunity Commission.

5. On the date of 10/24/2024, the plaintiff received a Notice of Right to Sue letter issued by the Equal Employment Opportunity Commission; a copy is attached.

1

6. Because of the plaintiff's: **Disability**

   (a) ☐ race

   (b) ☐ color

   (c) ☐ Sex

   (d) ☐ Religion

   (e) ☐ national orgin,

   the defendant has:

   (a) ☐ failed to employ the plaintiff

   (b) ☒ terminated the plaintiff's employment

   (c) ☐ failed to promote the plaintiff

   (d) ☐ other: _____

7. When and how the defendant has discriminated against the plaintiff:
   Francisco Estrella (my deceased husband) - was released from doctor's care for an injury to his left leg, to return to work on 9/26/2022 on light duty but Academy called him to not come in and that he was terminated

8. The plaintiff requests that the defendant be ordered:

   (a) ☐ to stop discriminating against the plaintiff

   (b) ☐ to employ the plaintiff

   (c) ☐ to re-employ the plaintiff

   (d) ☐ to promote the plaintiff

   (e) ☒ to compensate plaintiff with a compensation of $400,000-see attached breakdown

_____

_____ and that;

(f)  ☒  the Court grant other relief, including injunctions, damages, costs and attorney's fees.

_____
(Signature of Plaintiff)

Address:  5202 Katy Hockley Road

Katy, Texas 77493

_____

Telephone:  281 744-9016 -cell

3